## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN A.M.,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 3:21-CV-00020-MAB |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

  **IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 24), the Commissioner's final decision denying Plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

  Judgment is entered in favor of Plaintiff Stephen A. Moore and against Defendant Commissioner of Social Security.

  DATED: September 29, 2022

                **MONICA A. STUMP,**
                **Clerk of Court**

                BY:  /s/ *Jennifer Jones*
                   **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
       **MARK A. BEATTY**
       **United States Magistrate Judge**