IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN A. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-CV-00020-MAB |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

This matter is before the Court on the parties' joint motion to award attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), filed on December 23, 2022 (Doc. 27). The parties jointly request Plaintiff be awarded attorney fees in the amount of $9,177.00. *Id.* To the extent Plaintiff seeks costs, Plaintiff shall do so separately. *Id.*

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. §2412(d)(1)(B), in full satisfaction of any and all claims for attorney fees and expenses in this matter. The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

The parties' joint motion to award fees pursuant to the EAJA (Doc. 27) is **GRANTED**. The Court awards Plaintiff attorney's fees and expenses in the amount of $9,177.00 (nine thousand one hundred seventy-seven dollars and zero cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Osterhout Berger Disability Law, LLC pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record; Osterhout Berger Disability Law, LLC, 521 Cedar Way, Suite 200, Oakmont, PA 15139.

IT IS SO ORDERED.

DATED: **January 6, 2023**

s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**
